```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/25/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TRAMP-SHIPPING
BEFRACHTUNGSGESELLSCHAFT MBH           10 Civ. 6517 (RJH)

              Plaintiff,

              v.                     **STIPULATION OF DISMISSAL** *[handwritten]*

PROBULK CARRIERS, LTD.

              Defendant.
-----------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein, that this action and all claims and counterclaims herein are hereby dismissed, with prejudice and without costs to either party. *[handwritten annotations]*

| | |
|---|---|
| **LAKIS LAW OFFICES, PC** | **LAW OFFICE OF OWEN F. DUFFY** |
| 145 N. Franklin Turnpike, Suite 122 | 5 Penn Plaza, 19th Floor |
| Ramsey, New Jersey 07446 | New York, New York 10001 |
| (201) 962-9300 | (516) 721-8793 |
| By: _____ 5-24-11 | By: _____ |
| William E. Lakis (WL-9355) | Owen F. Duffy (OD-3144) |
| *Attorney for Plaintiff and Counter-Defendant* | *Attorney for Defendant and Counter-Plaintiff* |
| *TRAMP-SHIPPING* | *PROBULK CARRIERS LTD.* |
| *BEFRACHTUNGSGESELLSCHAFT MBH* | |

SO ORDERED: 5/24/11

_____
U.S.D.J.
HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

*[handwritten notation]*

# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  May 25, 2011                              Total Number of Pages:  2

## TRANSCRIPTION

[New final sentence to Stipulation of Dismissal & Order]

All conferences are cancelled and any pending motions are deemed moot.

Copies to:   All Counsel
             Judge Richard J. Holwell